## MERRITT v. STATE.
### No. 22440.

Court of Criminal Appeals of Texas.
March 31, 1943.

Morriss & Morriss, of San Antonio, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

GRAVES, Judge.

Appellant was convicted of murder, and his punishment assessed at two years' confinement in the penitentiary.

It having been made known to this court by proper affidavit that appellant departed this life on March 7, 1943, this appeal is abated.